UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-506-PMP (PAL) |
| ) | |
| FRANCISCO ULLOA, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 7, 2010, defendant FRANCISCO ULLOA pled guilty to Count One of a Six-Count Criminal Indictment charging him with Conspiracy, in violation of Title 18, United States Code, Sections 371 and 922(a), (a)(1), and (a)(3).

This Court finds defendant FRANCISCO ULLOA agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offense to which defendant FRANCISCO ULLOA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 981(a)(1)(C):

(1) a Kimber "Pro TLE II" .45 caliber pistol;

(2) a Beretta "90-Two" .40 caliber pistol;

(3) an STI (Strayer Tripp International) "2011 Tactical" 9mm pistol;

(4) a Rock Island Armory "1911" .45 caliber pistol;

(5) a Colt "Combat Elite" .45 caliber pistol;

(6) a Beretta "84FS (Cheetah)" .380 caliber pistol;

(7) a Bushmaster "EM15-E2S" .223 caliber rifle;

(8) a Rock River Arms "LAR-15" 5.56 millimeter pistol;

(9) a Kimber "Ultra Crimson Carry II" .45 caliber pistol;

(10) a Beretta "84FS (Cheetah)" .380 caliber pistol;

(11) a Bushmaster "Carbon 15" 5.56 millimeter pistol;

(12) a Bushmaster "Carbon 15" 5.56 millimeter pistol;

(13) a SIG Sauer "P556" 5.56 millimeter pistol;

(14) a Kimber "Tactical Pro II" 9 millimeter pistol;

(15) a Beretta "84FS (Chettah)" .380 caliber pistol;

(16) a Keltec "PLR-16" .223 caliber pistol;

(17) a Coharie Arms "CA89-40" .40 caliber pistol;

(18) an American Tactical Imports "GSG5-PK" .22 caliber pistol;

(19) a Bushmaster "BA50" .50 caliber rifle;

(20) a Lusa "SGS" 9 millimeter pistol;

(21) a Bushmaster "XM15-E2S" .223 rifle

(22) a Kimber Warrior .45 caliber pistol, serial # K232241;

(23) a FN Five-Seven pistol, serial # 386176585;

(24) a Gunsmoke Enterprises pistol, serial # GEO1496;

(25) a Kimber Pro Covert II .45 caliber pistol, serial # KR82973;

(26) a Smith & Wesson M&P pistol, serial # MRC0037;

(27) a Kimber Tactical Ultra II .45 caliber pistol, serial # KU92954; and

1                     (28)    any and all ammunition ("property").

2         This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

4         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

6         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of FRANCISCO ULLOA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

9         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
        MICHAEL A. HUMPHREYS
        Assistant United States Attorney
        Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101.

24 . . .

25 . . .

26 . . .

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

      DATED this ___ 12th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on July 9, 2010 by the below identified method of service:

E-mail/ECF

Michael Ryan Pandullo
815 South Casino Center Blvd.
Las Vegas, NV 89101
Email: michaelpandullo@hotmail.com
*Counsel for Francisco Ulloa*

      /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal

5