**FILED**

OCT 18 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | |
| Plaintiff,                        ) | |
|                                   ) | |
| v.                                ) | 2:09-CR-506-PMP (PAL) |
|                                   ) | |
| FRANCISCO ULLOA,                  ) | |
|                                   ) | |
| Defendant.                        ) | |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT FRANCISCO ULLOA**

On July 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, Unites States Code, Section 2461(c); and Title 18, United States Code, Section 981(a)(1)(C) forfeiting property of defendant FRANCISCO ULLOA to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant FRANCISCO ULLOA.

DATED this _18th_ day of _Oct_, 2010.

_____
UNITED STATES DISTRICT JUDGE