# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | |
|   v. ) | 2:09-CR-506-PMP (PAL) |
|   ) | |
| FRANCISCO ULLOA, ) | |
|   ) | |
|   Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On July 12, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and, based upon the plea of guilty by defendant FRANCISCO ULLOA to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant FRANCISCO ULLOA pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on October 7, 2010, October 14, 2010, and October 21, 2010, in the Las Vegas Review-Journal/Sun notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(1) a Kimber "Pro TLE II" .45 caliber pistol;

(2) a Beretta "90-Two" .40 caliber pistol;

(3) an STI (Strayer Tripp International) "2011 Tactical" 9mm pistol;

(4) a Rock Island Armory "1911" .45 caliber pistol;

(5) a Colt "Combat Elite" .45 caliber pistol;

(6) a Beretta "84FS (Cheetah)" .380 caliber pistol;

(7) a Bushmaster "EM15-E2S" .223 caliber rifle;

(8) a Rock River Arms "LAR-15" 5.56 millimeter pistol;

(9) a Kimber "Ultra Crimson Carry II" .45 caliber pistol;

(10) a Beretta "84FS (Cheetah)" .380 caliber pistol;

(11) a Bushmaster "Carbon 15" 5.56 millimeter pistol;

(12) a Bushmaster "Carbon 15" 5.56 millimeter pistol;

(13) a SIG Sauer "P556" 5.56 millimeter pistol;

(14) a Kimber "Tactical Pro II" 9 millimeter pistol;

(15) a Beretta "84FS (Chettah)" .380 caliber pistol;

(16) a Keltec "PLR-16" .223 caliber pistol;

(17) a Coharie Arms "CA89-40" .40 caliber pistol;

|   |   |   |
|---|---|---|
| (18) | an American Tactical Imports "GSG5-PK" .22 caliber pistol; |
| (19) | a Bushmaster "BA50" .50 caliber rifle; |
| (20) | a Lusa "SGS" 9 millimeter pistol; |
| (21) | a Bushmaster "XM15-E2S" .223 rifle |
| (22) | a Kimber Warrior .45 caliber pistol, serial # K232241; |
| (23) | a FN Five-Seven pistol, serial # 386176585; |
| (24) | a Gunsmoke Enterprises pistol, serial # GEO1496; |
| (25) | a Kimber Pro Covert II .45 caliber pistol, serial # KR82973; |
| (26) | a Smith & Wesson M&P pistol, serial # MRC0037; |
| (27) | a Kimber Tactical Ultra II .45 caliber pistol, serial # KU92954; and |
| (28) | any and all ammunition ("property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _ 24th day of November, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on November 23, 2010 by the below identified method of service:

E-mail/ECF

Michael Ryan Pandullo
815 South Casino Center Blvd.
Las Vegas, NV 89101
Email: michaelpandullo@hotmail.com
*Counsel for Francisco Ulloa*

      /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal